UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GENARIO CUC CHOVON,
*on behalf of himself, FLSA Collective Plaintiffs
and the Class,*

                                                  Civil Action No.
                                                  19-cv-3000

                          Plaintiffs,

-against-

HOT POT FLUSHING LLC
       d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
HOT POT MANHATTAN 1 LLC
       d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
JOHN DOE CORPORATIONS 1-23
       d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
and MICHAEL PUI LEUNG LUK,

                          Defendants.
-----------------------------------------------------------------------X

### NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT AND REQUEST TO ENTER JUDGMENT

PLEASE TAKE NOTICE that, on March 11, 2020, plaintiff Genario Cuc Chovon ("Plaintiff") accepted in writing an Offer of Judgment Pursuant to F.R.C.P. 68 made by defendants Hot Pot Flushing LLC d/b/a Little Sheep Mongolian Hot Pot, Hot Pot Manhattan 1 LLC d/b/a Little Sheep Mongolian Hot Pot, and Michael Pui Leung Luk (collectively, "Defendants"). Defendants respectfully request that judgment be entered in favor of Plaintiff and against Defendants pursuant to the aforementioned Offer of Judgment.

Defendants' Offer of Judgment Pursuant to Rule 68 is attached hereto as Exhibit A. Plaintiff's written acceptance of Defendants' Offer of Judgment, via email by Plaintiff's counsel, is attached hereto as Exhibit B. A proposed judgment is attached hereto as Exhibit C.

Dated: New York, New York
       March 12, 2020

                                           KATZ MELINGER PLLC

                                           By: _____
                                           Adam Sackowitz
                                           Katz Melinger PLLC
                                           280 Madison Avenue, Suite 600
                                           New York, NY 10016
                                           Telephone: (212) 460-0047
                                           Facsimile:  (212) 428-6811
                                           ajsackowitz@katzmelinger.com
                                           *Counsel for Defendants*

To:    C.K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, New York 10011
        T: (212) 465-1180
        F: (212) 465-1181
        cklee@leelitigation.com
        *Counsel for Plaintiff*