EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GENARIO CUC CHOVON,
*on behalf of himself, FLSA Collective Plaintiffs
and the Class,*

                                    Plaintiffs,

Civil Action No.
19-cv-3000

-against-

HOT POT FLUSHING LLC
    d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
HOT POT MANHATTAN 1 LLC
    d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
JOHN DOE CORPORATIONS 1-23
    d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
and MICHAEL PUI LEUNG LUK,

                                    Defendants.
-------------------------------------------------------------------X

**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT
AND REQUEST TO ENTER JUDGMENT**

PLEASE TAKE NOTICE that, on March 11, 2020, plaintiff Genario Cuc Chovon ("Plaintiff") accepted in writing an Offer of Judgment Pursuant to F.R.C.P. 68 made by defendants Hot Pot Flushing LLC d/b/a Little Sheep Mongolian Hot Pot, Hot Pot Manhattan 1 LLC d/b/a Little Sheep Mongolian Hot Pot, and Michael Pui Leung Luk (collectively, "Defendants"). Defendants respectfully request that judgment be entered in favor of Plaintiff and against Defendants pursuant to the aforementioned Offer of Judgment.

Defendants' Offer of Judgment Pursuant to Rule 68 is attached hereto as Exhibit A. Plaintiff's written acceptance of Defendants' Offer of Judgment, via email by Plaintiff's counsel, is attached hereto as Exhibit B. A proposed judgment is attached hereto as Exhibit C.

Dated: New York, New York
March 12, 2020

                                KATZ MELINGER PLLC

                            By: _____
                                Adam Sackowitz
                                Katz Melinger PLLC
                                280 Madison Avenue, Suite 600
                                New York, NY 10016
                                Telephone: (212) 460-0047
                                Facsimile:  (212) 428-6811
                                ajsackowitz@katzmelinger.com
                                *Counsel for Defendants*

To:    C.K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, New York 10011
        T: (212) 465-1180
        F: (212) 465-1181
        cklee@leelitigation.com
        *Counsel for Plaintiff*

EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GENARIO CUC CHOVON,
*on behalf of himself, FLSA Collective Plaintiffs
and the Class,*

                                    Plaintiffs,

                      -against-

HOT POT FLUSHING LLC
    d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
HOT POT MANHATTAN 1 LLC
    d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
JOHN DOE CORPORATIONS 1-23
    d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
and MICHAEL PUI LEUNG LUK,

                                 Defendants.
---------------------------------------------------------------X

Civil Action No.
19-cv-3000

**OFFER OF JUDGMENT**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Hot Pot Flushing LLC d/b/a Little Sheep Mongolian Hot Pot, Hot Pot Manhattan 1 LLC d/b/a Little Sheep Mongolian Hot Pot, and Michael Pui Leung Luk (collectively, "Defendants") hereby offer to allow judgment to be taken against them, jointly and severally, in the sum of Fifty Thousand Dollars ($50,000.00), inclusive of all of Plaintiff Chovon's claims for relief, damages, fees, costs, and expenses, but exclusive of Plaintiff Chovon's claim for reasonable attorneys' fees as of the date of this Offer of Judgment.

      This Offer of Judgment sum includes all of Plaintiff Chovon's alleged damages, fees, costs, and expenses that have accrued to Plaintiff Chovon as of the date of this Offer of Judgment, other than reasonable attorneys' fees. A separate offer of Plaintiff Chovon's reasonable attorneys' fees accrued as of the date of this Offer of Judgment is to be determined by the Court following Plaintiff Chovon's acceptance of this Offer of Judgment.

1

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of Defendants, or any of them, or that Plaintiff Chovon has suffered any damages.

If the judgment that Plaintiff Chovon finally obtains is not more favorable than the unaccepted offer herein, Plaintiff Chovon must pay the costs incurred by Defendants after the date on which this Offer of Judgment was made.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, and shall be deemed withdrawn unless Plaintiff Chovon serves written notice of his acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to recover costs or attorneys' fees in this action.

Dated: New York, New York
       February 26, 2020

                              KATZ MELINGER PLLC

                              By: _____
                              Adam Sackowitz
                              280 Madison Avenue, Suite 600
                              New York, New York 10016
                              T: (212) 460-0047
                              F: (212) 428-6811
                              ajsackowitz@katzmelinger.com
                              *Attorneys for Defendants*

EXHIBIT B

# Adam Sackowitz

| | |
|---|---|
| **From:** | CK Lee <cklee@leelitigation.com> |
| **Sent:** | Wednesday, March 11, 2020 6:45 PM |
| **To:** | Adam Sackowitz |
| **Cc:** | Rebecca Driver; Anne Seelig |
| **Subject:** | Re: Chovon v. Hot Pot Flushing LLC et al. |

Hi Adam, on behalf of Plaintiff, we are accepting Defendants' Offer of Judgment dated February 26, 2020, for resolution of his individual monetary claims. Notwithstanding this acceptance, this case should not be dismissed given the outstanding class and collective motions (and claims) that remain to be adjudicated.

We look forward to your opposition to the outstanding class and collective certification motions.

Thank you.

Regards,

CK Lee
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
cklee@leelitigation.com
Main: (212) 465-1180
Direct: (212) 465-1188
Fax: (212) 465-1181


*Please note our new office address.*

---

**From:** Adam Sackowitz <AjSackowitz@KatzMelinger.com>
**Sent:** Monday, March 9, 2020 10:56 PM
**To:** CK Lee <cklee@leelitigation.com>
**Cc:** Daniel Needham <daniel@leelitigation.com>
**Subject:** Chovon v. Hot Pot Flushing LLC et al.

CK,

As part of Defendants' continuing discovery obligations, attached please find documents bearing Bates numbers Hot Pot_06753 – Hot Pot_07411.

Best Regards,

Adam Sackowitz
KATZ MELINGER PLLC
280 Madison Avenue, Suite 600
New York, New York 10016

1

Telephone 212.460.0047 Ext. 404
Facsimile 212.428.6811
ajsackowitz@katzmelinger.com
www.KatzMelinger.com

2

EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
GENARIO CUC CHOVON,
*on behalf of himself, FLSA Collective Plaintiffs
and the Class,*                                                    Civil Action No.
                                                                                    19-cv-3000
                            Plaintiffs,

-against-

HOT POT FLUSHING LLC
      d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
HOT POT MANHATTAN 1 LLC
      d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
JOHN DOE CORPORATIONS 1-23
      d/b/a LITTLE SHEEP MONGOLIAN HOT POT,
and MICHAEL PUI LEUNG LUK,

                            Defendants.
-------------------------------------------------------------------------------X

## RULE 68 JUDGMENT

      **WHEREAS**, pursuant Rule 68 of the Federal Rules of Civil Procedure, defendants Hot Pot Flushing LLC d/b/a Little Sheep Mongolian Hot Pot, Hot Pot Manhattan 1 LLC d/b/a Little Sheep Mongolian Hot Pot, and Michael Pui Leung Luk (collectively, "Defendants") offered to allow Plaintiff Genario Cuc Chovon to take judgment against Defendants in the amount of FIFTY THOUSAND DOLLARS AND ZERO CENTS ($50,000.00), inclusive of costs and disbursements and exclusive of reasonable attorneys' fees, and Plaintiff Genario Cuc Chovon having accepted said offer of judgment on March 11, 2020, Plaintiff Genario Cuc Chovon's attorney having confirmed acceptance of Defendants' offer of judgment in writing, it is

      **ADJUDGED that**:

      Plaintiff Genario Cuc Chovon hereby recovers from defendants Hot Pot Flushing LLC d/b/a Little Sheep Mongolian Hot Pot, Hot Pot Manhattan 1 LLC d/b/a Little Sheep Mongolian

Hot Pot, and Michael Pui Leung Luk the amount of FIFTY THOUSAND DOLLARS AND ZERO CENTS ($50,000.00), which includes costs and expenses actually incurred by Plaintiff Genario Cuc Chovon, plus post judgment interest pursuant to 28 U.S.C. 1961.

Date: Brooklyn, New York

_____, 2020

SO ORDERED:

_____
United States District Judge

2