EXHIBIT 10

# EXHIBIT 3

MANATT, PHELPS & PHILLIPS, LLP
Kimo Peluso
Christine M. Reilly (*pro hac vice motion forthcoming*)
7 Times Square
New York, NY 10036
(212) 790-4542   telephone
(212) 790-4545   fax
KPeluso@manatt.com

1135 W. Olympic Blvd.
Los Angeles CA
(310) 312-4237   telephone
(310) 312-4224   fax
CReilly@manatt.com

*Attorneys for Defendants*
*Alliance Health Networks, LLC*
*Ingram Medical Administration, Inc.*
*Medsource Rx Pharmacy, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE HEALTH NETWORKS, LLC, formerly Alliance Health Networks, Inc.; INGRAM MEDICAL ADMINISTRATION, INC., also known as Ingram Medical; and MEDSOURCE RX PHARMACY, LLC, doing business as Medsource Diabetic, Medsource RX, and Your Diabetic Pharmacy,<br><br>Defendants. | Civil Action No.: 15 CV 00213 (RRM) (LB)<br><br><br><br>**OFFER OF JUDGMENT** |

Pursuant to Fed. R. Civ. P. 68, defendants Alliance Health Networks, LLC, Ingram Medical Administration, Inc., and Medsource Rx Pharmacy, LLC, (together, "Alliance") offer to allow judgment to be taken against them in this action in favor of individual plaintiff Todd C.

Bank ("Bank") for $5,004 (five thousand and four dollars) for the two unsolicited automated telephone calls on November 7, 2014 alleged by Bank in his complaint.

This offer of judgment includes more than the statutory damages that Bank has requested, and could recover, for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1), ("TCPA") and New York General Business Law § 399-p(3)(a) ("GBL"). The TCPA provides for maximum statutory damages of $1,500 per call, and the GBL provides for maximum damages of $1,000 per violation. Alliance will pay Bank more than $2,500 for each of the alleged automated telephone calls.

Alliance will also pay an additional $2,501 per automated telephone call for any other automated telephone calls that were made to him provided that Bank has a reasonable belief satisfying Federal Rule of Civil Procedure 11 that such calls were attributable to Alliance and were in violation of the TCPA and/or GBL.

Alliance further offers to pay for any and all reasonable costs allowable under law incurred by Bank in this matter. Bank must file a Notice of Taxation of Costs pursuant to Local Rule 54.1(a) to recover such costs.

Alliance further agrees to the injunctive relief requested by Bank in his prayer for relief.

This offer is intended to fully satisfy all of the individual claims of Bank asserted in this action or which could have been asserted in this action.

Pursuant to Federal Rule of Civil Procedure 68, this offer of judgment is made at least fourteen days before the date set for trial.

This offer of judgment is made for purposes of Rule 68 only and shall not constitute or otherwise be construed as an admission of liability in any respect.

| | |
|---|---|
| Dated: New York, New York<br>February 25, 2015 | MANATT, PHELPS & PHILLIPS, LLP<br><br>By: __s/ Kimo Peluso_____<br>   Kimo Peluso<br>   Christine M. Reilly<br><br>7 Times Square<br>New York, NY 10036<br>(212) 790-4500<br><br>*Attorneys for Defendants*<br>*Alliance Health Networks, LLC*<br>*Ingram Medical Administration, Inc.*<br>*Medsource Rx Pharmacy, LLC* |

3